# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JOHN CRUMHOLT

NO. 2021 KW 1421

**FEBRUARY 14, 2022**

---

In Re:   John Crumholt, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 431,085.

---

**BEFORE:   McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT DENIED.**

**PMc**
**JEW**
**MRT**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT